UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 16-726 DMG (Ex)** | Date | May 18, 2016 |
|---|---|---|---|
| Title | *John D. Sanders, et al. v. Monsanto Company* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY THE CLAIMS IN THIS MULTI-PLAINTIFF ACTION SHOULD NOT BE SEVERED**

On April 19, 2016, Plaintiffs John D. Sanders and Frank Tanner filed a complaint against Defendant Monsanto Company alleging strict liability, negligence, and breach warranty claims. [Doc. # 1.]

Federal Rule of Civil Procedure 20(a) permits the joinder of plaintiffs in one action where (1) the right to relief asserted by each plaintiff arises out of or relates to the same transaction or occurrence, or series of transactions or occurrences; and (2) a question of law or fact common to all parties arises in the action. *Coughlin v. Rogers*, 130 F.3d 1348, 1351 (9th Cir. 1997). If plaintiffs fail to meet both of these requirements, the Court may sever the misjoined plaintiff so long as no substantial right will be prejudiced by the severance. *See id.* at 1350 (citing Federal Rule of Civil Procedure 21).

The parties are **ORDERED TO SHOW CAUSE** why Sanders' and Tanners' claims should not be severed from each other under Rule 20. Plaintiffs shall file their response by **May 25, 2016**. Monsanto shall file its reply by **June 1, 2016**.

**IT IS SO ORDERED.**