Christopher B. Dalbey (SBN 285562)
    cdalbey@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Tel.: 310-247-0921
Fax: 310-786-9927

Robin L. Greenwald
    (admitted *pro hac vice*)
    rgreenwald@weitzlux.com
Maja Lukic
    (admitted *pro hac vice*)
    mlukic@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Tel.: 212-558-5500
Fax: 212-344-5461

Hunter W. Lundy
    (*pro hac vice* anticipated)
    hlundy@lundylawllp.com
Matthew E. Lundy
    (*pro hac vice* anticipated)
    mlundy@lundylawllp.com
Kristie M. Hightower
    (admitted *pro hac vice*)
    khightower@lundylawllp.com
**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**
501 Broad Street
Post Office Box 3010
Lake Charles, LA 70602
Tel.: 337-439-0707
Fax: 337-439-1029

*Attorneys for Plaintiffs John D. Sanders and Frank Tanner*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN D. SANDERS and FRANK TANNER,<br><br>        Plaintiffs,<br><br>   v.<br><br>MONSANTO COMPANY,<br><br>        Defendant. | Case No. 5:16-cv-00726-DMG-E<br><br>**PLAINTIFFS' NOTICE OF RECENT AUTHORITY** |

Plaintiffs John D. Sanders and Frank Tanner respectfully request that the Court take notice of a recent order entered by the U.S. District Court for the Eastern District of California on July 8, 2016, in the case of *Mendoza v. Monsanto Co.*, No. 1:16-cv-00406-DAD-SMS, attached as Exhibit 1. The attached decision addresses and rejects essentially the same arguments that Monsanto raises in its pending Motion to Dismiss (Doc. 35) on Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) preemption and comments *j* and *k* of the Restatement (Second) of Torts § 402A.

Dated: July 8, 2016

       Los Angeles, California

**WEITZ & LUXENBERG, P.C.**

*/s/ Christopher B. Dalbey*
Christopher B. Dalbey, o/b/o all attorneys listed on the cover page

*Attorneys for Plaintiffs*